742

## Commonwealth ex rel. Woody, Appellant, v. Myers.

Submitted September 13, 1965. *Delano Woody*, appellant, in propria persona; *Abner H. Silver* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth v. Fisher, Appellant.

Submitted September 13, 1965. *Harold H. Fisher*, appellant, in propria persona; *Wilson Bucher*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Fresno, Appellant.

Submitted September 13, 1965. *Benjamin Joseph Fresno*, appellant, in propria persona; *Clarence C. Newcomer*, First Assistant District Attorney, and *Wilson Bucher*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.